# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

KENNETH ROBINSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-1549
LT Case No. 2005-CF-002936

_____/

Decision filed October 25, 2022

3.850 Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Kenneth Robinson, Graceville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, HARRIS and WOZNIAK, JJ., concur.